**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email: clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendants HILV Fee LLC, and NAV-115 E. Tropicana, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE JOHNSON,<br><br>                Plaintiff,<br><br>vs.<br><br>HOOTER'S INC.; HOOTERS CASINO HOTEL; HOOTERS OF AMERICA, LLC; NAVEGANTE GROUP, INC.; TRINITY HOTEL INVESTORS, LLC, and DOES 1 to 50,<br><br>                Defendants. | Case No. 2:18-cv-01381-RFB-PAL<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND CASE DEADLINES PENDING DECISION ON MOTIONS TO DISMISS** |

COME NOW, Defendants HILV Fee LLC and NAV-115 E. Tropicana, LLC ("HILV Defendants"); erroneously named Hooters Casino Hotel, Hooters of America, LLC, Navegante Group, Inc., and Trinity Hotel Investors, LLC, by and through the law offices of Tyson & Mendes LLP; HOOTER'S INC, by and through the law offices of Elizabeth R. Mikesell; and Plaintiff STEVE JOHNSON, by and through the law offices of WILLIAMS LAW GROUP; and hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the parties jointly request an Order staying all discovery and case deadlines until the pending Motions to Dismiss are ruled upon.

The parties have good cause for requesting the stay due to the possible effect of resolving all claims or issues in this case if the pending Motions to Dismiss are granted [ECF 24 and 26]. HILV Defendants' Motion to Dismiss is based on the statute of limitations. Hooter's Inc's

1

1  Motion to Dismiss is based on the statute of limitations as well as an assertion of lack of personal
2  jurisdiction over Hooter's Inc.
3  　　　The parties believe a stay of the matter is appropriate to conserve judicial resources as
4  well as the resources of the parties.
5  The parties have entered into the agreement in good faith and not for purposes of delay.
6  / / /
7  / / /
8  / / /

IT IS FURTHER AGREED AND STIPULATED that once the stay is lifted, any remaining parties will submit a proposed amended discovery scheduling order within 30-days from the date the stay is lifted.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 17th day of April 2019. | DATED this 17th day of April 2019. |
| **THE WILLIAMS LAW GROUP** | **TYSON & MENDES LLP** |
| */s/ Andrew Williams* <br> Andrew Williams, Esq. <br> Email: Andrew@TheWilliamsLG.com <br> 6273 Sunset Drive, Suite D3 <br> South Miami, FL 33143 <br> *Attorneys for Plaintiff Steven Johnson* | */s/ Christopher A. Lund* <br> THOMAS E. MCGRATH <br> Nevada Bar No. 7086 <br> CHRISTOPHER A. LUND <br> Nevada Bar No. 12435 <br> 3960 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> Tel: (702) 724-2648 <br> *Attorneys for Defendants HILV Fee LLC, and NAV-115 E. Tropicana, LLC* |
| DATED this 17th day of April 2019. | |
| **LAW OFFICES OF ELIZABETH R. MIKESELL** | |
| */s/ Elizabeth R. Mikesell* <br> Elizabeth R. Mikesell, Esq. <br> Marion V. Hamilton-Thevenet, Esq. <br> Email: LasVegasLegal@LibertyMutual.com <br> Marion V. Hamilton-Thevenet, Esq. <br> 7251 West Lake Mead Blvd, Suite 250 <br> Las Vegas, NV 89128 <br> *Attorneys for Defendant Hooter's, Inc.* | |

IT IS SO ORDERED

DATED this 23rd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Tyson & Mendes LLP, hereby certifies that on the 17th day of April 2019, a copy of the foregoing **STIPULATION AND ORDER TO STAY DISCOVERY PENDING DECISION ON MOTIONS TO DISMISS** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| Andrew Williams, Esq.<br>Email: Andrew@TheWilliamsLG.com<br>THE WILLIAMS LAW GROUP<br>6273 Sunset Drive, Suite D3<br>South Miami, FL 33143<br><br>David Lee Phillips, Esq.<br>Email: DavidLeePhillips@aol.com<br>700 South 4th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff Steven Johnson* | Elizabeth R. Mikesell, Esq.<br>Marion V. Hamilton-Thevenet, Esq.<br>Email: LasVegasLegal@LibertyMutual.com<br>LAW OFFICES OF ELIZABETH R. MIKESELL<br>Marion V. Hamilton-Thevenet, Esq.<br>7251 West Lake Mead Blvd, Suite 250<br>Las Vegas, NV 89128<br>*Attorneys for Defendant Hooters, Inc.* |

*/s/ Scarlett Fisher*
An employee of Tyson & Mendes LLP