Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:     (253) 970-1683
Email:         Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:     (702) 595-9097
Email:         DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN JOHNSON<br><br>            Plaintiff,<br><br>v.<br><br>HOOTERS, INC.; HOOTERS CASINO HOTEL; HOOTERS OF AMERICA, LLC; NAVEGANTE GROUP, INC.; TRINITY HOTEL INVESTORS, LLC, and DOES 1 to 50<br><br>            Defendant. | Case No. 2:18-cv-01381-RFB-BNW<br><br>**STIPULATION AND ORDER TO SUBSTITUTE REAL PARTIES IN INTEREST FOR ERRONEOUSLY NAMED DEFENDANTS UNDER FRCP 17(a)** |

COMES NOW, Plaintiff, Steven Johnson ("Plaintiff"), by and through the law office of THE WILLIAMS LAW GROUP; and Defendants HILV Fee, LLC and NAV-115 E. Tropicana, LLC, who are erroneously named HOOTERS CASINO HOTEL, HOOTERS OF AMERICA, LLC, NAVEGANTE GROUP, INC., and TRINITY HOTEL INVESTORS, LLC in the complaint, by and through the law offices of TYSON

1

& MENDES, LLP (collectively, the "Hooters Defendants"), and hereby agree and stipulate as follows:

   IT IS HEREBY AGREED AND STIPULATED that named Defendants HOOTERS CASINO HOTEL, HOOTERS OF AMERICA, LLC, NAVEGANTE GROUP, INC., and TRINITY HOTEL INVESTORS, LLC are not the real parties in interest. The real parties in interest are HILV Fee, LLC and NAV-115 E. Tropicana, LLC.

   THEREFORE, IT IS HEREBY AGREED AND STIPULATED that HILV Fee, LLC and NAV-115 E. Tropicana, LLC should be substituted into this action as defendants in place of HOOTERS CASINO HOTEL, HOOTERS OF AMERICA, LLC, NAVEGANTE GROUP, INC., and TRINITY HOTEL INVESTORS, LLC; pursuant to FRCP Rule 17(a).

   The parties have entered into this agreement in good-faith, to clarify the record and so as to not cause any needless or undue delay to this Court.

///

///

///

   IT IS SO STIPULATED.

Dated this 4th day of May 2020.

| The Williams Law Group | Tyson & Mendes LLP |
|---|---|
| BY: *Andrew Williams* <br> ANDREW WILLIAMS, ESQ. <br> CA bar #: 310526 – pro hac vice admit <br> 6273 Sunset Drive, Suite D-3 <br> South Miami, Florida 33143 <br> Telephone:   (305) 916-1122 <br> Email: Andrew@TheWilliamsLG.com <br><br> DAVID LEE PHILLIPS, ESQ. <br> NV bar #: 538 – local counsel <br> 700 S. 4th Street <br> Las Vegas, NV 89101 <br> Telephone:   (702) 595-9097 <br> Email: DavidLeePhillips@aol.com <br> *Attorneys for Plaintiff Steve Johnson* | BY: /s/ Christopher A. Lund <br> CHRISTOPHER A. LUND <br> NV bar #: 7086 <br> 3960 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, NV 89169 <br> Telephone:   (702) 724-2648 <br> Email: tmcgrath@tysonmendes.com <br><br> THOMAS E. MCGRATH, ESQ. <br> NV bar #: 12435 <br> 3960 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, NV 89169 <br> Telephone:   (702) 724-2648 <br> Email:   clund@tysonmendes.com <br> *Attorneys for Defendants HILV Fee, LLC, and NAV-115 E. TROPICANA, LLC* |

IT IS SO ORDERED

   DATED this  5th   day of May 2020.

   _____
   UNITED STATES JUDGE

3

**CERTIFICATE OF SERVICE**

The undersigned, a contractor of The Williams Law Group, hereby certifies that on the 4th day of May 2020, a copy of the foregoing **STIPULATION AND ORDER TO SUBSTITUTE REAL PARTIES IN INTEREST FOR ERRONEOUSLY NAMED DEFENDANTS UNDER FRCP 17(a)** was served electronically to all parties of interest via this Court's CM/ECF system as follows:

**TYSON & MENDES, LLP**
THOMAS E. MCGRATH, ESQ.
CHRISTOPHER A. LUND, ESQ.
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Email: clund@tysonmendes.com
*Attorneys for Defendants: HILV Fee, LLC and NAV-115 E. Tropicana, LLC*

/s/Osarumwense Ogbebor
A contractor of The Williams Law Group