Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:     (253) 970-1683
Email:         Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:     (702) 595-9097
Email:         DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE JOHNSON<br><br>            Plaintiff,<br><br>v.<br><br>HILV FEE, LLC; NAV-115 E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G and DOES 9 to 50<br><br>            Defendants. | Case No. 2:18-cv-01381-RFB-BNW<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA, LLC'S RESPONSE IN OPPOSITION TO PLAINTFF'S MOTION TO ADD CLAIM/AMEND PLEADINGS [DE 86]** |

   NOW COMES Plaintiff, Steve Johnson ("Plaintiff"), by and through

the undersigned, and hereby submits this Unopposed Motion for Extension

of Time to File a Reply Brief to Defendants' HILV Fee, LLC and NAV-115

E. Tropicana, LLC's Response in Opposition to Plaintiff's Motion to Add

1
**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Claim/Amend Pleadings [DE 86] (the "Motion for Extension of Time") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("FRCP").

In support of this motion, Plaintiff shows unto the Court the following:

1. Plaintiff was served with Defendants' Response in Opposition to Plaintiff's Motion to Add Claim/Amend Pleadings (the "Opposition") [DE 86] on May 18, 2020.

2. Plaintiff's reply brief was due by 11:59 pm PST on May 25, 2020; however, because May 25, 2020, was a federal/national holiday, the date to file the reply brief was automatically extended to 11:59 pm PST on May 26, 2020.  The time for Plaintiff to reply to the Opposition therefore has not yet expired.

3. Due to an appellate brief deadline before the Eleventh Circuit Court of Appeals, which also due on or around May 26, 2020, Plaintiff's counsel was unable to devote the necessary time to complete the Reply brief.

4. Plaintiff's counsel spoke with counsel for Defendant HILV Fee, LLC and NAV-115 E. Tropicana, LLC (collectively, the "Hooters Defendants"), and explained the situation to them and his desired request for a brief extension of time of one-week to file a Reply.

5. Counsel for the Hooters Defendants confirmed that they had no objection to the extension of time and confirmed such via email on May 26, 2020.

4.  This motion is made in good-faith and not for the purpose of causing any needless and/or undue delay.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant his motion and permit Plaintiff with an extension of time, up to and including, the 1st day of June, 2020, in which to file and serve a Reply to the Opposition.

Respectfully submitted,         The Williams Law Group

Dated: May 26, 2020         BY: _____
                                ANDREW WILLIAMS, ESQ.
                                CA bar #: 310526 – pro hac vice admit
                                6273 Sunset Drive, Suite D-3
                                South Miami, Florida 33143
                                Telephone:    (305) 916-1122
                                Email:        Andrew@TheWilliamsLG.com

                                DAVID LEE PHILLIPS, ESQ.
                                NV bar #: 538 – local counsel
                                700 S. 4th Street
                                Las Vegas, NV 89101
                                Telephone:    (702) 595-9097
                                Email:        DavidLeePhillips@aol.com
                                *Attorneys for Plaintiff Steve Johnson*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of May, 2020.

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of May 2020, a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA, LLC'S RESPONSE IN OPPOSITION TO PLAINTFF'S MOTION TO ADD CLAIM/AMEND PLEADINGS [DE 86],** was served electronically and sent to the following address/individuals:

**TYSON & MENDES, LLP**
THOMAS E. MCGRATH, ESQ.
CHRISTOPHER A. LUND, ESQ.
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Email: clund@tysonmendes.com
*Attorneys for Defendants: HILV Fee, LLC and NAV-115 E. Tropicana, LLC*

/s/Andrew Williams
The Williams Law Group