Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:     (253) 970-1683
Email:         Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:     (702) 595-9097
Email:         DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE JOHNSON<br><br>            Plaintiff,<br><br>v.<br><br>HILV FEE, LLC; NAV-115 E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G and DOES 9 to 50<br><br>            Defendants. | Case No. 2:18-cv-01381-RFB-BNW<br><br>**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA, LLC'S RESPONSE IN OPPOSITION TO PLAINTFF'S MOTION TO ADD CLAIM/AMEND PLEADINGS [DE 86]** |

NOW COMES Plaintiff, Steve Johnson ("Plaintiff"), by and through the undersigned, and hereby submits this Second Unopposed Motion for Extension of Time to File a Reply Brief to Defendants' HILV Fee, LLC and NAV-115 E. Tropicana, LLC's Response in Opposition to Plaintiff's Motion

to Add Claim/Amend Pleadings [DE 86] (the "Motion for Extension of Time") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("FRCP").

In support of this motion, Plaintiff shows unto the Court the following:

1. Plaintiff was served with Defendants' Response in Opposition to Plaintiff's Motion to Add Claim/Amend Pleadings (the "Opposition") [DE 86] on May 18, 2020.

2. Plaintiff's reply brief was due by 11:59 pm PST on May 25, 2020; however, because May 25, 2020, was a federal/national holiday, the date to file the reply brief was automatically extended to 11:59 pm PST on May 26, 2020.  The time for Plaintiff to reply to the Opposition therefore has not yet expired.

3. Due to an appellate brief deadline before the Eleventh Circuit Court of Appeals, which also due on or around May 26, 2020, Plaintiff's counsel was unable to devote the necessary time to complete the Reply brief.

4. Plaintiff's counsel spoke with counsel for Defendant HILV Fee, LLC and NAV-115 E. Tropicana, LLC (collectively, the "Hooters Defendants"), and explained the situation to them and his desired request for a brief extension of time of one-week to file a Reply.

5. Counsel for the Hooters Defendants confirmed that they had no objection to the extension of time and confirmed such via email on May 26, 2020.

4. Due to a medical issue a medical issue (thankfully, not COVID-19 related) and the current events of our country, which led to

closures of the undersigned's office over the weekend, the undersigned contacted counsel for the Hooters Defendants' to inquire into their amenability to granting Plaintiff a 24-hour extension in which to file his Reply brief.

5. Opposing counsel graciously proposed that the undersigned take until the end of the week (Friday, June 5, 2020) to file Plaintiff's reply brief, to which the undersigned accepted.

6. Pursuant to the approve-extension of time by opposing counsel, Plaintiff seeks to have until 11:59 pm PST to complete and file his Reply brief.

7. This motion is made in good-faith and not for the purpose of causing any needless and/or undue delay.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant his motion and permit Plaintiff with an extension of time, up to and including, the 5th day of June, 2020, in which to file and serve a Reply to the Opposition.

Respectfully submitted,   The Williams Law Group

Dated: June 1, 2020   BY: ___Andrew Williams___
ANDREW WILLIAMS, ESQ.
CA bar #: 310526 – pro hac vice admit
6273 Sunset Drive, Suite D-3
South Miami, Florida 33143
Telephone:    (305) 916-1122
Email:    Andrew@TheWilliamsLG.com

**IT IS SO ORDERED**

DAVID LEE PHILLIPS, ESQ.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:    (702) 595-9097

**DATED: June 05, 2020**

Email:    DavidLeePhillips@aol.com
*Attorneys for Plaintiff Steve Johnson*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of June 2020, a copy of the foregoing **PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA, LLC'S RESPONSE IN OPPOSITION TO PLAINTFF'S MOTION TO ADD CLAIM/AMEND PLEADINGS [DE 86]**, was served electronically and sent to the following address/individuals:

**TYSON & MENDES, LLP**
THOMAS E. MCGRATH, ESQ.
CHRISTOPHER A. LUND, ESQ.
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Email: clund@tysonmendes.com
*Attorneys for Defendants: HILV Fee, LLC and NAV-115 E. Tropicana, LLC*

/s/Andrew Williams
The Williams Law Group