**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email:  tmcgrath@tysonmendes.com
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Email:  clund@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel:  (702) 724-2648
Fax:  (702) 938-1048
*Attorneys for Defendants HILV Fee LLC, and NAV-115 E. Tropicana, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HILV FEE LLC; NAV-115 E. TROPICANA, LLC, LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G; and DOES 9 to 50<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01381-RFB-BNW<br><br>**STIPULATION AND [ORDER] TO EXTEND TIME FOR DEFENDANTS HILV FEE LLC AND NAV-115 E. TROPICANA, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW ADMISSIONS; DECLARATION OF ANDREW WILLIAMS, ESQ. [ECF NO. 93]**<br><br>**(First Request)** |

Defendants HILV Fee LLC and NAV-115 E. Tropicana, LLC ("Defendants")  by and through counsel, Christopher A. Lund of the law firm Tyson & Mendes LLP, and Plaintiff Steve Johnson ("Plaintiff"), by and through counsel Andrew Williams of the law firm The Williams Group (collectively the "Parties"), hereby stipulate and agree as follows:

Plaintiff filed a Motion to Withdraw Admission; Declaration of Andrew Williams, Esq. ("Motion") on June 5, 2020 [ECF No. 93].  The last day for Defendants to file a response to Plaintiff's Motion is June 19, 2020.

Subject to the approval of the Court, the Parties agree that Defendants shall have up to

1

and including June 24, 2020 to file their response to the Motion.

The hearing on the Motion is currently set before this Court on July 15, 2020 at 1:00 p.m. The Parties agree the extension will not affect the hearing date.

The Parties respectfully submit that good cause exists for such extension, and that this request is not brought for any improper purpose or for purposes of delay.

DATED this _____ day of June 2020.          DATED this ____19th_ day of June 2020.

THE WILLIAMS LAW GROUP                        TYSON & MENDES LLP

*/s/ Andrew Williams*                         */s/ Christopher A. Lund*
ANDREW WILLIAMS                               THOMAS E. MCGRATH
California Bar No. 310526                     Nevada Bar No. 7086
6273 Sunset Drive, Suite D3                   CHRISTOPHER A. LUND
South Miami, Florida  33143                   Nevada Bar No. 12435
                                              3960 Howard Hughes Parkway, Suite 600
DAVID LEE PHILLIPS                            Las Vegas, Nevada  89169
Nevada Bar No. 538                            *Attorneys for Defendants HILV Fee LLC,*
700 South 4th Street                          *and NAV-115 E. Tropicana, LLC*
Las Vegas, Nevada  89101

*Attorneys for Plaintiff Steven Johnson*

**IT IS SO ORDERED.**

Dated this 22nd day of June 2020.

_____
UNITED STATES DISTRICT JUDGE

