Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:   (253) 970-1683
Email:       Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:   (702) 595-9097
Email:       DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE JOHNSON<br><br>         Plaintiff,<br>v.<br><br>HILV FEE, LLC; NAV-115 E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G      and DOES 9 to 50<br><br>         Defendants. | Case No.: 2:18-cv-01381-RFB-BNW<br><br>**STIPULATION AND [ORDER] TO EXTEND TIME FOR PLAINTIFF'S REPLY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW ADMISSIONS; DECLARATION OF ANDREW WILLIAMS, ESQ. [DE 93]**<br><br>**(FIRST REQUEST)** |

Plaintiff, STEVE JOHNSON ("Johnson" or "Plaintiff"), by and through counsel Andrew Williams of the law firm The Williams Group, and Defendants HILV Fee LLC and NAV-115 E. Tropicana, LLC ("Defendants") by and through counsel, Christopher A. Lund of the law firm Tyson & Mendes LLP (collectively the "Parties"), hereby stipulate and agree as follows:

Plaintiff filed a Motion to Withdraw Admission; Declaration of Andrew Williams, Esq. (the "Motion") on June 5, 2020 [DE 93].  The last day for Defendants to file a response to Plaintiff's Motion was June 19, 2020.  The Parties stipulated to a brief extension to provide the Defendants up to and including the 24th day of June to file their opposition.

On June 24, 2020, Defendants filed an Opposition to Plaintiff's Motion to Withdraw Admissions (the "Opposition").  The last day for Plaintiff to file a reply to the Opposition is July 1, 2020.  Subject to the approval of the Court, the Parties agree that Plaintiff shall have up to and including July 7, 2020 to file his Reply to the Opposition.

The hearing on the Motion is currently set before this Court on July 15, 2020 at 1:00 p.m.  The Parties agree that this extension will not affect the hearing date, as there will be over a week between the date of the submission of the Reply and the date of the hearing.

/

/

/

/

/

/

/

/

/

/

/

/

The Parties respectfully submit that good cause exists for such extension, and that this request is not brought for any improper purpose or for purposes of delay.

DATED this 1st day of July 2020.

THE WILLIAMS LAW GROUP

*Andrew Williams*
ANDREW WILLIAMS
California Bar No. 310526
6273 Sunset Drive, Suite D3
South Miami, Florida 33143

DAVID LEE PHILLIPS
Nevada Bar No. 538
700 South 4th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Steven Johnson*

DATED this 1st day of July 2020.

TYSON & MENDES LLP

/s/ Chris Lund
THOMAS E. MCGRATH
Nevada Bar No. 7086
CHRISTOPHER A. LUND
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendants HILV Fee LLC, and NAV-115 E. Tropicana, LLC*

**IT IS SO ORDERED.**

Dated this 9th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE