Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:   (253) 970-1683
Email:       Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:   (702) 595-9097
Email:       DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE JOHNSON<br><br>    Plaintiff,<br><br>v.<br><br>HILV FEE, LLC; NAV-115 E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G    and DOES 9 to 50<br><br>    Defendants. | Case No.: 2:18-cv-01381-RFB-BNW<br><br>**STIPULATION AND [ORDER] TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA LLC'S MOTION FOR SUMMARY JUDGMENT [DE 115]**<br><br>**(FIRST REQUEST)** |

Plaintiff, STEVE JOHNSON ("Johnson" or "Plaintiff"), by and through counsel Andrew Williams of the law firm The Williams Group, and Defendants HILV Fee LLC and NAV-115 E. Tropicana, LLC ("Defendants") by and through counsel, Christopher A. Lund of the law firm Tyson & Mendes LLP (collectively the "Parties"), hereby stipulate and agree as follows:

REPLY MEMORANDUM - 1

Defendants filed a Motion for Summary Judgment with various exhibits (the "MSJ") on August 14, 2020 [DE 115].

The last day for Plaintiff to file a response to the MSJ is September 4, 2020. Subject to the approval of this Court, the Parties agree that Plaintiff shall have up to and including the 11th day of September 2020 to file a Response to the MSJ.

The Parties respectfully submit that good cause exists for such extension, and that this request is not brought for any improper purpose or for purposes of delay.

DATED this 4th day of September 2020.          DATED this 4th day of September 2020.

THE WILLIAMS LAW GROUP                          TYSON & MENDES LLP

*Andrew Williams*                                /s/ Chris Lund
ANDREW WILLIAMS                                 THOMAS E. MCGRATH
California Bar No. 310526                       Nevada Bar No. 7086
6273 Sunset Drive, Suite D3                     CHRISTOPHER A. LUND
South Miami, Florida 33143                      Nevada Bar No. 12435
                                                3960 Howard Hughes Parkway, Suite 600
DAVID LEE PHILLIPS                              Las Vegas, Nevada 89169
Nevada Bar No. 538                              *Attorneys for Defendants HILV Fee LLC,*
700 South 4th Street                            *and NAV-115 E. Tropicana, LLC*
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Steven Johnson*

**IT IS SO ORDERED.**

Dated this __8th__ day of September 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE