Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone: (253) 970-1683
Email:     Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone: (702) 595-9097
Email:     DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE JOHNSON<br><br>            Plaintiff,<br><br>     v.<br><br>HILV FEE, LLC; NAV 115-E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G     and DOES 9 to 50<br><br>            Defendants. | Case No.: 2:18-cv-01381-RFB-BNW<br><br>NOTICE OF CORRECTED IMAGE/DOCUMENT<br><br>[Lodged Concurrently with Plaintiff's corrected Stipulation and [Order] to Extend Time for Plaintiff's Response to Defendants HILV Fee, LLC and Nav 115-E. Tropicana, LLC's Motion for Summary Judgment [DE 115] (second request)] |

TO THE COURT [AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD]:

PLEASE TAKE NOTICE Plaintiff, by and through the undersigned, has filed this Notice of Corrected Image/Document and has lodged a copy of Plaintiff's corrected Stipulation and [Order] to Extend Time for Plaintiff's Response to Defendants HILV Fee, LLC and Nav 115-E. Tropicana, LLC's Motion for Summary Judgment [DE 115] (second request)] .

DATED this 11th day of September 2020.
Respectfully submitted,

**THE WILLIAMS LAW GROUP**

/s Andrew Williams, Esq.
BY: ANDREW WILLIAMS, ESQ.
California Bar No.: 310526
6273 Sunset Drive, Ste D3
South Miami, Florida 33143
Telephone: (253) 970-1683 Attorney
for Plaintiff Steve Johnson
E-Service: Andrew@TheWilliamsLG.com
Secondary: WilliamsLawFlorida@gmail.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of September 2020, a copy of the foregoing NOTICE OF CORRECTED IMAGE/DOCUMENT, was served electronically and sent to the following address/individuals:

**TYSON & MENDES, LLP**
THOMAS E. MCGRATH, ESQ.
CHRISTOPHER A. LUND, ESQ.
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Email: clund@tysonmendes.com
*Attorneys for Defendants: HILV Fee, LLC and NAV-115 E. Tropicana, LLC*

                                                  /s/Andrew Williams
                                              The Williams Law Group

Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:   (253) 970-1683
Email:       Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:   (702) 595-9097
Email:       DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE JOHNSON<br><br>            Plaintiff,<br><br>   v.<br><br>HILV FEE, LLC; NAV-115 E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G   and DOES 9 to 50<br><br>            Defendants. | Case No.: 2:18-cv-01381-RFB-BNW<br><br>**STIPULATION AND [ORDER] TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA LLC'S MOTION FOR SUMMARY JUDGMENT [DE 115]**<br><br>**(SECOND REQUEST)** |

Plaintiff, STEVE JOHNSON ("Johnson" or "Plaintiff"), by and through counsel Andrew Williams of the law firm The Williams Group, and Defendants HILV Fee LLC and NAV-115 E. Tropicana, LLC ("Defendants") by and through counsel, Christopher A. Lund of the law firm Tyson & Mendes LLP (collectively the "Parties"), hereby stipulate and agree as follows:

REPLY MEMORANDUM - 1

1  Defendants filed a Motion for Summary Judgment with various exhibits (the "MSJ") on August 14, 2020 [DE 115].

The parties entered into a stipulated agreement that extended the Plaintiff's time to respond to the MSJ from September 4, 2020, to September 11, 2020.  Unfortunately, shortly after the parties agreed to their stipulation, the undersigned had a death in his family.  The past week the undersigned has made arrangements and had the funeral procession for his family member.

The last day for Plaintiff to file a response to the MSJ is September 11, 2020.  Subject to the approval of this Court, the Parties agree that Plaintiff shall have up to and including the 18th day of September 2020 to file a Response to the MSJ.

/

/

/

/

/

/

/

/

/

/

/

/

/

/

/

/

REPLY MEMORANDUM - 2

The Parties respectfully submit that good cause exists for such extension, and that this request is not brought for any improper purpose or for purposes of delay.

DATED this 11th day of September 2020.           DATED this 11th day of September 2020.

THE WILLIAMS LAW GROUP                            TYSON & MENDES LLP


  /s/Andrew Williams                                /s/Christopher A. Lund
ANDREW WILLIAMS                                   THOMAS E. MCGRATH
California Bar No. 310526                         Nevada Bar No. 7086
6273 Sunset Drive, Suite D3                       CHRISTOPHER A. LUND
South Miami, Florida 33143                        Nevada Bar No. 12435
                                                  3960 Howard Hughes Parkway, Suite 600
DAVID LEE PHILLIPS                                Las Vegas, Nevada 89169
Nevada Bar No. 538                                *Attorneys for Defendants HILV Fee LLC,*
700 South 4th Street                              *and NAV-115 E. Tropicana, LLC*
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Steven Johnson*


**IT IS SO ORDERED.**

Dated this __13th__ day of September 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE