Andrew Williams, Esq.
CA bar #: 310526 – pro hac vice admit
**The Williams Law Group**
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone:   (253) 970-1683
Email:       Andrew@TheWilliamsLG.com

David Lee Phillips, Esq.
NV bar #: 538 – local counsel
700 S. 4th Street
Las Vegas, NV 89101
Telephone:   (702) 595-9097
Email:       DavidLeePhillips@aol.com

*Attorneys for Plaintiff, Steven Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE JOHNSON<br><br>             Plaintiff,<br><br>     v.<br><br>HILV FEE, LLC; NAV-115 E. TROPICANA, LLC; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; LAS VEGAS METROPOLITAN POLICE OFFICER A; LAS VEGAS METROPOLITAN POLICE OFFICER B; LAS VEGAS METROPOLITAN POLICE OFFICER C; LAS VEGAS METROPOLITAN POLICE OFFICER D; LAS VEGAS METROPOLITAN POLICE OFFICER E; LAS VEGAS METROPOLITAN POLICE OFFICER F; LAS VEGAS METROPOLITAN POLICE OFFICER G      and DOES 9 to 50<br><br>             Defendants. | Case No.: 2:18-cv-01381-RFB-BNW<br><br>**STIPULATION AND [ORDER] TO FILE OUT OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS HILV FEE, LLC AND NAV-115 E. TROPICANA LLC'S MOTION FOR SUMMARY JUDGMENT [DE 115]**<br><br>**(FIRST REQUEST)** |

Plaintiff, STEVE JOHNSON ("Johnson" or "Plaintiff"), by and through counsel Andrew Williams of the law firm The Williams Group, and Defendants HILV Fee LLC and NAV-115 E. Tropicana, LLC ("Defendants") by and through counsel, Christopher A. Lund of the law firm Tyson & Mendes LLP (collectively the "Parties"), hereby stipulate and agree as follows:

Defendants filed a Motion for Summary Judgment with various exhibits (the "MSJ") on August 14, 2020 [DE 115].

The parties entered into a stipulated agreement that extended the Plaintiff's time to respond to the MSJ from September 4, 2020, to September 11, 2020.  Unfortunately, shortly after the parties agreed to their stipulation, the undersigned had a death in his family.  Due to the death and funeral that followed the parties entered into a second stipulated agreement that extended the Plaintiff's time to respond to the MSJ from September 11, 2020, to September 18, 2020.

During the evening of September 18, 2020, the CM/ECF filing system and the undersigned could not access the CM/EFC filing system to review various docketed items or to file a response on behalf of the Plaintiff. *See* Exhibit "A".

The undersigned informed counsel for the Defendants of the CM/ECF filing system's technical issues and the parties agreed to allow Plaintiff to file his response on September 21, 2020.  Due to the technical issues with the CM/ECF the parties could not file any stipulation on September 18, 2020.  But for the CM/ECF filing system's technical issues, the Plaintiff's response would have been timely filed.

Subject to the approval of this Court, the Parties agree that Plaintiff shall have up to and including the 21st day of September 2020 to file a Response to the MSJ without penalty.

/

/

/

/

/

/

/

The Parties respectfully submit that good cause exists for such extension, and that this request is not brought for any improper purpose or for purposes of delay.

DATED this 21st day of September 2020.           DATED this 21st day of September 2020.

THE WILLIAMS LAW GROUP                            TYSON & MENDES LLP

*Andrew Williams*                                  /s/ Chris Lund
ANDREW WILLIAMS                                   THOMAS E. MCGRATH
California Bar No. 310526                         Nevada Bar No. 7086
6273 Sunset Drive, Suite D3                       CHRISTOPHER A. LUND
South Miami, Florida 33143                        Nevada Bar No. 12435
                                                  3960 Howard Hughes Parkway, Suite 600
DAVID LEE PHILLIPS                                Las Vegas, Nevada 89169
Nevada Bar No. 538                                *Attorneys for Defendants HILV Fee LLC,*
700 South 4th Street                              *and NAV-115 E. Tropicana, LLC*
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Steven Johnson*

**IT IS SO ORDERED.**

Dated this 22nd day of September 2020.

_____
UNITED STATES DISTRICT JUDGE